UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: FREDERICK L TAYLOR | CASE NO: 20-11753 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 10/16/2020, I did cause a copy of the following documents, described below,

Motion to Dismiss Chapter 7 Case

Proposed Order

Exhibits A-D

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/16/2020

/s/ Jeffrey Gansberg
Jeffrey Gansberg   6242943
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604
312 886 3327

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: FREDERICK L TAYLOR | CASE NO: 20-11753 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 10/16/2020, a copy of the following documents, described below,

Motion to Dismiss Chapter 7 Case

Proposed Order

Exhibits A-D

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/16/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Gansberg
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br><br>  LABEL MATRIX FOR LOCAL NOTICING<br>07521<br>CASE 20-11753<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION<br>FRI OCT 16 10-52-14 CDT 2020 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | ~~EXCLUDE~~<br><br>~~US BANKRUPTCY COURT~~<br>~~EASTERN DIVISION~~<br>~~219 S DEARBORN~~<br>~~7TH FLOOR~~<br>~~CHICAGO IL 60604-1702~~ |
| ARS<br>PO BOX 8668<br>CORAL SPRINGS FL 33075-8668 | AQUA FINANCE<br>PO BOX 844<br>WAUSAU WI 54402-0844 | AQUA FINANCE INC<br>BANKRUPTCY DEPARTMENT<br>1 CORPORATE DRIVE<br>WAUSAU WI 54401-1724 |
| CAP ONE<br>BANKRUPTCY DEPARTMENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CITY OF COUNTRY CLUB HILLS<br>BANKRUPTCY DEPARTMENT<br>3700 W 175TH PLACE<br>COUNTRY CLUB HILLS IL 60478-4698 |
| FNB OMAHA<br>BANKRUPTCY DEPARTMENT<br>1620 DODGE STREET STOP CODE 3105<br>OMAHA NE 68197-0003 | GENNESARET TAYLOR<br>CO CHILD SUPPORT DIVISION<br>28 N CLARK STREET ROOM 200<br>CHICAGO IL 60602-2784 | INGALLS HOSPITAL<br>ONE INGALLS DRIVE<br>HARVEY IL 60426-3591 |
| LOANCARE LLC<br>3637 SENTARA WY STE 303<br>VIRGINIA BEACH VA 23452-4262 | ONEMAIN<br>BANKRUPTCY DEPARTMENT<br>PO BOX 1010<br>EVANSVILLE IN 47706-1010 | PHH MORTGAGE CORPORATION<br>BANKRUPTCY DEPARTMENT<br>1 MORTGAGE WAY MAIL STOP SV22<br>MOUNT LAUREL NJ 08054-4637 |
| SYNCBPPC<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SULLIVAN URGENT AID CENTERS LT<br>PO BOX 74023<br>CINCINNATI OH 45274-0023 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| VERONICA VALENTINE TAYLOR<br>4371 187TH PLACE<br>COUNTRY CLUB HILLS IL 60478-5657 | DAVID M SIEGEL<br>DAVID M SIEGEL  ASSOCIATES<br>790 CHADDICK DRIVE<br>WHEELING IL 60090-6005 | DEBTOR<br><br>FREDERICK L TAYLOR<br>4371 187TH PLACE<br>COUNTRY CLUB HILLS IL 60478-5657 |
| ~~EXCLUDE~~<br><br>~~PATRICK S LAYNG~~<br>~~OFFICE OF THE US TRUSTEE REGION 11~~<br>~~219 S DEARBORN ST~~<br>~~ROOM 873~~<br>~~CHICAGO IL 60604-2027~~ | RONALD R PETERSON<br>JENNER  BLOCK LLP<br>353 N CLARK STREET<br>CHICAGO IL 60654-5474 | |