**Exhibit "B"**
**U. S. Trustee's ("UST") Analysis of the Debtor's Schedules I and J**

**In re   Taylor**

**20-11753**

| | | | | | |
|---|---|---|---|---|---|
| **Number of Dependents** | 1 | | | | |
| **Total Household Size** | 3 | 1* | | | |
| **Monthly Median Income** | $6,980 | | | | |
| **UST Adjusted Income/Median** | 132% | 1* | | Variance | |
| | | **Debtors'** | **UST 707b3** | **(Understated)** | |
| | | **Schedule I & J** | **Analysis** | **Overstated** | **Notes** |
| Gross Salary and Wages | | $9,236 | $9,236 | $0 | |
| **Total Payroll Deductions** | | $3,312 | $3,312 | $0 | |
| **Calculated Monthly Income** | | **$5,924** | **$5,924** | **$0** | |
| Line 2a Mortgages on Other Property | | $1,230 | $0 | $1,230 | 2* |
| Remaining Schedule J Expenses | | $4,694 | $4,694 | $0 | |
| **Schedule J Expenses** | | $5,924 | $4,694 | $1,230 | 3* |
| **Monthly Net Income** | | **$0** | **$1,230** | **($1,230)** | 3* |

1*  The Debtor's income is 32% above the median income for a household of 3.

2*  The Debtor included a mortgage for a property that per the meeting of creditors the debtor intended to surrender in foreclosure, therefore we determined that Schedule J line 20a was overstated by $1,230.  To the extent the Debtor has not yet surrendered the property or otherwise intends to retain the property, such intention is prejudical to his creditors who should not have the burden of the debtor's speculation on the property.

3*  Based on UST calculations the Debtor overstated Schedule J expense by $1,230 and the resultant monthly net income by the same.  The resultant monthly net income is $1,230 which would allow the Debtor to execute a Chapter 13 plan.